JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GUILLERMO ALEXANDER ESCALANTE VARGAS,

Petitioner,

v.

FERETI SEMAIA et al.,

Respondents.

Case No. 5:26-cv-01208-MCS-AJR

**JUDGMENT**

Pursuant to the Court's Order Re: Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Amended Petition is GRANTED. The Court declares that Petitioner is not an "arriving alien" subject to 8 U.S.C. § 1225(b), but instead is subject to 8 U.S.C. § 1226.

DATED: October 22, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE